IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

FILED 98 MAR 30 AM 10: 25
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| EDWARD JUNIOR, | ) |
| Plaintiff, | ) |
| vs | ) CIVIL ACTION NO. 95-P-3213-J |
| JAILER RANDY HARRISON, INMATE DANNY CARTER, AND INMATE DON JOHNSON, | ) |
| Defendants. | ) |

ENTERED

MAR 3 1 1998

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the Magistrate Judge as the findings and conclusions of the court. In accord with the recommendation, defendant Harrison's motion for summary judgment is due to be granted and the plaintiff's claim against him is due to be dismissed. The claims against defendants Carter and Johnson are due to be dismissed. An appropriate order will be entered.

DONE, this  27   day of March, 1998.

SAM C. POINTER, JR.,
CHIEF UNITED STATES DISTRICT JUDGE

34